ALFRED GUNTHER ET AL., RESPONDENTS, v. REGINALD
E. OLIVER, APPELLANT.

Submitted December 11, 1922—Decided February 1, 1923.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 376.

For the respondents, *Stanton T. Lawrence.*

For the appellant, *G. Earl Brugler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.